# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Joseph Egan,                                    Civil No. 09-753 (RHK/SRN)

                          Plaintiff,            **ORDER FOR DISMISSAL**

v.

Swanson & Youngdale, Inc.,

                          Defendant.

---

     Pursuant to the parties' Stipulation (Doc. No. 15), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** on the merits and with all parties to bear their own costs, disbursements and attorneys' fees.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 8, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge